UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC..

    Plaintiff,   vs.

JOSE J LASSO, et al,

    Defendant,

Case No.: 5:13-CV-00988-WDK-PLA

**RENEWAL OF JUDGMENT**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J & J Sports Productions, Inc., and against Defendant Jose J. Lasso, an individual dba Casa De Villa Seafood and Mexican Grill on June 13, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 3,830.00 |
| b. | Costs after judgment | $ 0.00 |
| c. | Subtotal *(add a and b)* | $ 3,830.00 |
| d. | Credits | $ 0.00 |
| e. | Subtotal *(subtract d from c)* | $ 3,830.00 |
| f. | Interest after judgment (.10%) | $ 35.55 |
| g. | Fee for filing renewal of application | $ 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ 3,865.55 |

Dated: March 12, 2024      CLERK, by Deputy _[signature]_

Renewal of Judgment